**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1968

KANUBHAI R. GANDHI,

Plaintiff - Appellant,

versus

LES BROWNLEE, Acting Secretary, Department of
the Army of the United States,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge. (CA-03-141-4)

Submitted:  December 17, 2004         Decided:  January 18, 2005

Before WILKINSON, LUTTIG, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kanubhai R. Gandhi, Appellant Pro Se.   Kent Pendleton Porter,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kanubhai R. Gandhi appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Gandhi v. Brownlee</u>, No. CA-03-141-4 (E.D Va. July 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>